

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00655-CV

Ivarene and Victor **HOSEK**,
Appellants

v.

Rosale **SCOTT**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-06-0559-CVA
Honorable Fred Shannon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Rosale Scott, recover her costs of this appeal and the full amount of the trial court's judgment from appellants, Ivarene and Victor Hosek, and from the cash deposit in lieu of supersedeas bond. After all costs and the full amount of the trial court's judgment have been paid, the trial court clerk is directed to release the balance, if any, of the cash deposit to Michele Barber Chimene, as attorney for the appellants.

SIGNED October 21, 2015.

_____
Sandee Bryan Marion, Chief Justice